**FILED**

CHARLOTTE, N. C.

NOV 7 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:05mc 336

AVON PLASTICS, INC., )
)
    Plaintiff, )
) Case No. 04-4742
vs. ) United States District Court
) for Minnesota
PATRICIAN PRODUCTS, INC. )
)
    Defendant. )

## MOTION TO QUASH SUBPOENA DIRECTED TO LOWE'S COMPANIES, INC. AND MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Rules 26 and 45, Fed. R. Civ. P., non-party witness, Lowe's Companies, Inc. ("LCI") hereby objects to and moves the Court for the entry of an order in the form attached quashing the subpoena delivered to LCI on November 1, 2005, which commands LCI to appear for the taking of its deposition in the above-referenced litigation on November 11, 2005. LCI also hereby moves for entry of a protective order. For the reasons set forth in the accompanying Memorandum, the subpoena should be quashed in its entirety and a protective order should be entered.

Respectfully submitted, this 8th day of November, 2005.

J. Mark Wilson
North Carolina Bar No. 25763
Anne J. Randall
North Carolina Bar No. 31746
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Tel: (704) 444-1000
Fax: (704) 444-1111
*Attorneys for Lowe's Companies, Inc.*